**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6560**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

CHARLES BENJAMIN BIBBS, III,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Arenda Wright Allen, District Judge.  (4:05-cr-00032-AWA-FBS-1)

Submitted:  July 26, 2012        Decided:  August 2, 2012

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Benjamin Bibbs, III, Appellant Pro Se.  Robert Edward Bradenham, II, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Benjamin Bibbs, III, appeals the district court's order granting his motion for modification of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Bibbs, No. 4:05-cr-00032-AWA-FBS-1 (E.D. Va. Mar. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2